**VAN–063** Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Wanda Dianne Smith
7324 Stoney Point Road
Fayetteville, NC 28306

CASE NO.: 09–07276–8–SWH

DATE FILED: August 27, 2009

CHAPTER: 13

ORDER OF DISMISSAL

The court finds that Wanda Dianne Smith has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Wanda Dianne Smith file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Wanda Dianne Smith and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court, and

IT IS FURTHER ORDERED that the trustee is relieved and discharged from any further responsibility in this case.

DATED: January 25, 2010

Stephani W. Humrickhouse
United States Bankruptcy Judge